| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Media Marketing Research, Inc

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
11-3140490

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **52-01 29th Street** <br> **Long Island City, NY 11101** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Queens** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Media Marketing Research, Inc**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor  **Media Marketing Research, Inc**          Case number (*if known*) _____
        Name

**11. Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                           Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
         Contact name      _____
         Phone             _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | | |
|---|---|---|
| Debtor | **Media Marketing Research, Inc** | Case number (*if known*) |
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 18, 2017**
MM / DD / YYYY

X **/s/ Wassim Modad**                                        **Wassim Modad**
Signature of authorized representative of debtor                   Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Stephen Z. Starr**                                    Date **January 18, 2017**
Signature of attorney for debtor                                    MM / DD / YYYY

**Stephen Z. Starr**
Printed name

**Starr & Starr, PLLC**
Firm name

**260 Madison Ave., 17th Fl**
**New York, NY 10016-2404**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 867-8165**       Email address

Bar number and State

# MINUTES OF SPECIAL MEETING OF THE
## SHAREHOLDERS OF MEDIA MARKETING RESEARCH, INC.

A special meeting of the Shareholders of Media Marketing Research, Inc., a New York corporation (the "Company"), was held on January 18, 2017, at the offices of the Company located at 52-01 29th Street, Long Island City, NY 11101. All shareholders were present.

The President called the meeting to order and stated that a quorum was present for the conduct of business.

The following items were brought up for discussion and ratification:

1. Retaining an attorney to initiate bankruptcy proceedings for the Company.

2. Filing of a petition for relief under Chapter 11 of the United States Bankruptcy Code.

After discussion, and upon motion duly made, seconded and unanimously carried, it was

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York is hereby approved; and it is further

RESOLVED, that the engagement letter between the Company and Starr & Starr PLLC, dated as of January 6, 2017, to engage Starr & Starr, PLLC to render legal services to, and to represent, the Company in connection with such Chapter 11 proceeding is hereby ratified and approved; and it is further

RESOLVED, that Wassim Modad, the President and C.E.O. of the Company, is hereby authorized and directed to cause to be filed on behalf of the Company, a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of New York; and it is further

RESOLVED, that Wassim Modad, the President and C.E.O. of the Company, is hereby authorized to execute any necessary petition, schedule, and documents, without limitation, on behalf of the Company in connection with the commencement and continuance of such Chapter 11 proceedings, and any other related matters in connection therewith.

There being no further business before the meeting, on motion duly made, seconded and unanimously carried, it was adjourned.

By: _____
    Wassim Modad
    President

By: _____
Name: _Wassim Modad_
    Secretary

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Media Marketing Research, Inc** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** | ☐ Check if this is an |
| Case number (if known): | | amended filing |

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** P.O. Box 30374 Salt Lake City, UT 84130 | | **Credit Card** | | | | **$20,462.00** |
| **Bank of America** P.O. Box 982238 El Paso, TX 79998-2238 | | **Credit Card** | | | | **$18,829.00** |
| **Can Capital** 2015 Vaughn Road STE 500 Kennesaw, GA 30144 | | **Bank Loan** | | | | **$34,408.12** |
| **Capital One Bank (USA)** PO Box 71083 Charlotte, NC 28272-1083 | | **Credit Card** | | | | **$28,969.54** |
| **CHASE** P.O. Box 15123 Wilmington, DE 19850-5298 | | **Credit Card** | | | | **$23,715.00** |
| **Citibank** US Service Center PO Box 769018 San Antonio, TX 78245-9013 | | **Bank Loan** | | | | **$327,905.30** |
| **LMC Estate Ventures, LLC** c/o A.Johnson Law Firm PC 106-03 Corona Avenue Bayside, NY 11360 | **A.Johnson Law Firm PC** (718) 335-1702 | **Lease Claim** | | | | **$78,292.38** |

American Express
P.O. Box 30374
Salt Lake City, UT 84130


Bank of America
P.O. Box 982238
El Paso, TX 79998-2238


Can Capital
2015 Vaughn Road
STE 500
Kennesaw, GA 30144


Capital One Bank (USA)
PO Box 71083
Charlotte, NC 28272-1083


CHASE
P.O. Box 15123
Wilmington, DE 19850-5298


Citibank
US Service Center
PO Box 769018
San Antonio, TX 78245-9013


LMC Estate Ventures, LLC
c/o A.Johnson Law Firm PC
106-03 Corona Avenue
Bayside, NY 11360

# United States Bankruptcy Court
## Eastern District of New York

In re  **Media Marketing Research, Inc**    Case No.
Debtor(s)    Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Media Marketing Research, Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 18, 2017**         **/s/ Stephen Z. Starr**
Date                **Stephen Z. Starr**
            Signature of Attorney or Litigant
            Counsel for    **Media Marketing Research, Inc**
            **Starr & Starr, PLLC**
            **260 Madison Ave., 17th Fl**
            **New York, NY 10016-2404**
            **(212) 867-8165 Fax:(212) 867-8139**